IN THE UNITED STATES BANAKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: | ) Case No. 19-11069 |
|---|---|
| | ) |
| Frank P., Sr. & Mae F. Geistle, | ) Judge Arthur I. Harris |
| | ) |
| Debtors. | ) Chapter 7 Case |

TO THE CLERK OF THE COURT:

The concurrent ACH payment in the amount of $14,503.59 represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the party entitled to these unclaimed funds is as follows:

| CREDITOR NAME & ADDRESS | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Frank P. Sr. & Mae F. Geistle<br>1345 Avalon Drive<br>Madison, OH 44109 | Surplus Funds | | 14,503.59 |

Dated: July 20, 2022

/s/ David O. Simon
David O. Simon, Trustee
3659 Green Road, Suite 106
Beachwood, OH 44122-5715
(216) 621-6201
david@simonlpa.com